NUMBER 13-07-672-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________

 

IN RE COLUMBIA - VALLEY HEALTHCARE SYSTEM, L.P.

D/B/A VALLEY REGIONAL MEDICAL CENTER

______________________________________
____________________________ 

On Petition for Writ of Mandamus

___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Benavides


Per Curiam Memorandum Opinion (1)



 Relator, In re Columbia - Valley Healthcare System, L.P. d/b/a Valley Regional
Medical Center, filed a petition for writ of mandamus in the above cause on October
26, 2007. The Court, having examined and fully considered the petition for writ of
mandamus, its appendix, and the mandamus record, is of the opinion that relator has
not shown itself entitled to the relief sought. Accordingly, relator's petition for writ
of mandamus is denied. See Tex. R. App. P. 52.8(a).

 Furthermore, on October 30, 2007, real party in interest, Edward McGlynn,
M.D., filed a motion to abate/stay relator's petition for writ of mandamus. Having
denied relator's petition for writ of mandamus, we deny real party's motion to
abate/stay as moot.

 PER CURIAM


Memorandum Opinion delivered and 

filed this 31st day of October, 2007.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).